UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ROBERT BOMAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:15-cv-04153-SLD-JEH |
| | ) |
| DON KRUEGER, in his official capacity as a representative of Metro Link, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Robert Bomar is suing Don Krueger in his official capacity as a representative of Metro Link in Moline, Illinois for allegedly barring Bomar from Metro Link buses and bus stations. Compl. 6–7, ECF No. 1. Before the Court are Magistrate Judge Jonathan Hawley's Report and Recommendation ("R & R"), ECF No. 18, and Defendant Don Krueger's Motion to Dismiss, ECF No. 21. For the following reasons, the Court ADOPTS the R & R, rendering Defendant's Motion to Dismiss MOOT.

The court may accept, reject, or modify (in whole or in part) the findings or recommendations of the Magistrate Judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The court must review de novo the portions of the report to which objections are made. *Id*. It must review the other portions of the report for clear error. *See Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

On April 15, 2016, after Plaintiff's second failure to participate in a Rule 16 Scheduling Conference, Magistrate Judge Hawley entered an R & R recommending that this case be dismissed with prejudice under Rule 41(b) of the Federal Rules of Civil Procedure. In his R &

R, Magistrate Judge Hawley painstakingly reviewed the record, which included the March 11, 2016 warning that Plaintiff's failure "to provide the Court with an updated address or telephone number where he can be reached for the 4/14/2016 hearing, may result in the dismissal of this action for failure to prosecute." March 11, 2016 Order. The R & R also admonished Plaintiff that failure to file objections within 14 days would constitute a waiver of objections on appeal.

On April 25, 2016, the April 14, 2016 Minute Entry sent to Plaintiff by the Court was returned as undeliverable and on May 5, 2016, the R & R was also returned. Plaintiff has not filed any objections. After reviewing the record and the R & R, the Court is satisfied that the Magistrate Judge did not commit clear error. What is clear, however, is that Plaintiff has abandoned this litigation.

Therefore, the Court ADOPTS the Magistrate Judge's Report and Recommendation, ECF No. 18. Plaintiff's Complaint is DISMISSED WITH PREJUDICE pursuant to Rule 41(b) for failure to prosecute. Defendant's Motion to Dismiss, ECF No. 21, is MOOT. The Clerk is directed to enter judgment and close the case.

Entered this 23rd day of August, 2016.

> s/ Sara Darrow
> SARA DARROW
> UNITED STATES DISTRICT JUDGE